**STRETTO**

**Creditor Matrix (Redacted)**
as of June 5, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 123.Net Inc | | 24700 Northwestern Hwy, Ste. 700 | Attn Vice President Sales Operations | | Southfield | MI | 48075 | |
| 4Imprint | | 101 Commerce St, PO Box 320 | | | Oshkosh | WI | 54901 | |
| Aaron Cockream | | Address on File | | | | | | |
| Adam Throop | | Address on File | | | | | | |
| Adams Outdoor Advertising | | 102 East Badger Road | | | Madison | WI | 53713 | |
| Alana Thornburg | | Address on File | | | | | | |
| Allied Benefit Sys ABSF | | 200 West Adams St., Ste. 500 | | | Chicago | IL | 60606-6006 | |
| Aln Apartment Data LLC | | 2611 Westgrove Drive, Ste. 104 | | | Carrollton | TX | 75006 | |
| Always Underground Inc | | 1024 W 950 N | | | Lake Village | IN | 46349 | |
| Amanda Diaz (Fka Bloomer) | | Address on File | | | | | | |
| American Zurich North America | | 1299 Zurich Way | | | Schaumburg | IL | 60196-1056 | |
| AmWins Global | | 4725 Piedmont Row Drive | Suite 600 | | Charlotte | NC | 28210 | |
| Anser Advisory | | 2677 N Main St., Ste. 400 | | | Santa Ana | CA | 92705 | |
| Arcadis | | 1 Federal St, Ste 3800 | | | Boston | MA | 02110 | |
| ArcLink Fiber LLC | c/o Clifford Chance LLP | Attn David Feldman & Mathew Hinker | Two Manhattan West | 373 9th Avenue | New York | NY | 10001 | |
| ArcLink Fiber LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn Sean Beach | 1000 North King Street | | Wilmington | DE | 19801 | |
| Arizona Blue Stake Inc dba AZ 811 | | 1405 W Auto Dr Fi 1 | | | Tempe | AZ | 85284 | |
| Arizona Department of Revenue | c/o Corporate Income Tax | PO Box 29079 | | | Phoenix | AZ | 85038-9079 | |
| Arizona Department of Revenue | c/o Transaction Privilege Tax (TPT) | PO Box 29010 | | | Phoenix | AZ | 85038-9010 | |
| Armstrong Teasdale LLP | | 4643 South Ulster St., Ste. 800 | | | Denver | CO | 80237 | |
| Atinuke Sode | | Address on File | | | | | | |
| Beazley Excess & Surplus Insurance Inc. | c/o Beazley Group | 65 Memorial Road Suite 320 | The Rutherford Building | | West Hartford | CT | 06107 | |
| Ben Bawtree-Jobson | | Address on File | | | | | | |
| Berkshire Hathway | c/o SMTD Law LLP | Attn Ali Salamirad | 17901 Von Karman Avenue | Suite 500 | Irvine | CA | 92614 | |
| Bortec LLC | | 28 Decker Ct | | | Wylie | TX | 75098-7050 | |
| Brandon Myers | | Address on File | | | | | | |
| Brian Campbell | | Address on File | | | | | | |
| Brian Patacchiola | | Address on File | | | | | | |
| Brianna Higgins | | Address on File | | | | | | |
| Broadband Properties LLC | | 1909 Ave. G | | | Rosenberg | TX | 77471 | |
| Bryan Cave Leighton Paisner LLP | | PO Box 503089 | | | St Louis | MO | 63150-3089 | |
| Cablevision Lightpath | c/o AG Commercial Law, LLC | Attn Andrew A. Whitehead | 5 West Market Street | | Georgetown | DE | 19941 | |
| California Department of Tax and Fee Administration (CDTFA) | | PO Box 942879 | | | Sacramento | CA | 94279-6001 | |
| California Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0500 | |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| Cambridge NetworkSolutions, LLC | | 35 McGrath Highway | | | Somerville | MA | 02143 | |
| Cbiz Arc Consulting | | 275 Battery St., Ste. 420 | | | San Francisco | CA | 94111 | |
| Center Square | Attn: Sarah Greene | 3100 Olympus Blvd, Ste. 510 | | | Coppell | TX | 75019 | |
| Center Square Phoenix MSA Holdings | | 3100 Olympus Blvd, Ste. 510 | | | Coppell | TX | 75019 | |
| Chris Kendrick | | Address on File | | | | | | |
| Chris OHaver | | Address on File | | | | | | |
| Christopher Leverone | | Address on File | | | | | | |
| Christopher Melendez | | Address on File | | | | | | |
| Cision Pr Newswire | | 5 Churchill Place Canary Wharf | | | London | | E14 5HU | United Kingdom |
| City Of Albuquerque | | Central Accounts Receivable And Billing Division | PO Box 27780 | | Albuquerque | NM | 87125 | |
| City Of Arlington | | 101 W Abram St | | | Arlington | TX | 76010 | |
| City Of Cathedral City | | 68-700 Avenida Lalo Guerrero | | | Cathedral City | CA | 92234 | |
| City Of Escondido | | 201 N Broadway | | | Escondido | CA | 92026 | |
| City Of Folsom | | 8839 N Cedar Ave #212 | | | Fresno | CA | 93720-1832 | |
| City Of Fountain Valley | | 10200 Slater Ave. | | | Fountain Valley | CA | 92708-4736 | |
| City Of Lake Forest | | 100 Civic Center Drive | | | Lake Forest | CA | 92630 | |
| City Of Lancaster | | 44933 Fern Ave. | | | Lancaster | CA | 93534 | |
| City Of Mesa | | PO Box 1466 | | | Mesa | AZ | 85211-1466 | |
| City Of Oceanside-Dev Services Dept | | 300 North Coast Highway | | | Oceanside | CA | 92054 | |
| City Of Palmdale | | 38250 Sierra Highway | | | Palmdale | CA | 93550 | |
| City Of Pico Rivera | | 6615 Passons Blvd | | | Pico Rivera | CA | 90660 | |
| Cole Schotz | | 1325 Ave. Of The Americas, 19th Fl. | | | New York | NY | 10019 | |
| Colorado Department of Revenue | c/o Corporate Income Tax Section & Sales Tax Division | PO Box 17087 | | | Denver | CO | 80217-0087 | |
| Computer Methods International Corp | | 4850 Keele St. | | | Toronto | ON | M3J 3K1 | Canada |
| Concord Worldwide Inc | | 177 Post St St. 910 Penthouse | | | San Francisco | CA | 94108 | |
| Conn Kavanaugh Rosenthal Peisch & Ford LLP | | One Federal St. 15th Fl. | | | Boston | MA | 02110 | |
| Connectbase | | 134 Flanders Road, Ste. 375 | | | Westborough | MA | 01581 | |
| Connecticut Department of Revenue Services | | 450 Columbus Blvd | | | Hartford | CT | 06103 | |
| Connecticut Department of Revenue Services | c/o Corporation Income Tax Section | PO Box 150406 | | | Hartford | CT | 06115-0406 | |
| Connectix LTD | Attn: Klaudia Collins | 500 Ave. West Skyline, A120 | | | Braintree | Essex | CM77 7AA | United Kingdom |
| Connor Nash | | Address on File | | | | | | |
| Consilio | | 1828 L St. NW Ste. 1070 | | | Washington | DC | 20036 | |

 STRETTO

**Creditor Matrix (Redacted)**
as of June 5, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CoreSite | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite LP | Attn: Erina Connolly | Coresite Real Estate | 427 S La Salle | 1001 17th St. Suite 500 | Denver | CO | 80202 | |
| Coresite Real Estate 12100 Sunrise Valley Drive, LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 1656 Mccarthy, LP | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 2 Emerson Lane, LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 2115 NW 22Nd St., LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 2972 Stender, LP | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 3032 Coronado, LP | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 427 S. Lasalle, LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 55 S. Market St., LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 70 Innerbelt, LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate 900 N. Alameda, LP | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| Coresite Real Estate Sunrise Technology Park, LLC | | PO Box 74338 | | | Cleveland | OH | 44194-4338 | |
| County Of Orange | | 400 Civic Center Drive, 415-D | | | Santa Ana | CA | 92701 | |
| Creditsafe USA Inc | | 4635 Crackersport Rd | | | Allentown | PA | 18104 | |
| Cristian Flores | | Address on File | | | | | | |
| Crown Castle | | 80 Central Street | | | Boxborough | MA | 01719 | |
| Crown Castle - Now Zayo | | PO Box 27135 | | | New York | NY | 10087-7135 | |
| Crown Castle Fiber LLC | Attn Chief Operations Officer | 80 Central Street | | | Boxborough | MA | 01719 | |
| CSC | | 251 Little Falls Drive | | | Wilmington | DE | 19808-1674 | |
| CSC Entity Services | | 4250 Lancaster Pike, Ste. 302 | | | Wilmington | DE | 19805 | |
| Dailey, LLP | | 4920 Pennell Road, PMB 331 | | | Aston | PA | 19014 | |
| Danial Clawson | | Address on File | | | | | | |
| Daniel Nauman | | Address on File | | | | | | |
| Daniel Villalobos | | Address on File | | | | | | |
| Danielle Vance | | Address on File | | | | | | |
| David Katina | | Address on File | | | | | | |
| David Knowles | | Address on File | | | | | | |
| Deborah Zator | | Address on File | | | | | | |
| Delaware Division Of Revenue | | State Tax Collections | PO Box 2044 | | Wilmington | DE | 19899-2044 | |
| Delaware Secretary of State | | 401 Federal Street | | | Dover | DE | 19901 | United States |
| Delaware Secretary Of State | | Division Of Corp., Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Delinian Trading Ltd | | 4 Bouverie St | | | London | | EC4Y 8AX | United Kingdom |
| Deloitte Tax LLP | | 555 Mission St. | | | San Francisco | CA | 94105-0920 | |
| Dennis Mcclenic | | Address on File | | | | | | |
| Deondri Manalli | | Address on File | | | | | | |
| Diggers Hotline Inc | | PO Box 7107 | | | Carol Stream | IL | 60197-7107 | |
| DLA Piper LLP | | 1251 Ave. Of The Americas, 27th Fl. | | | Now Yourk | NY | 10020-1104 | |
| East West Bank | | 135 N. Los Robles Ave | 7th Floor | | Pasadena | CA | 91101 | |
| Eliot Hoffman | | Address on File | | | | | | |
| Encore | | Sheraton Park Hotel @ The Anaheim Resort | 1855 S Harbor Blvd | | Anaheim | CA | 92802 | |
| Environmental Services Inc | | PO Box 1478 | | | South Windsor | CT | 06074 | |
| Environmental Systems Research Institute | | 380 New York St | | | Redlands | CA | 92373-8100 | |
| Erick Chagolla | | Address on File | | | | | | |
| Euro Global Ltd | | 8 Bouverie St. | | | London | | EC4Y 8AX | United Kingdom |
| Evocative | | Dept LA 25225 | | | Pasadena | CA | 91185-5185 | |
| Ex2 Technology LLC | | 3805 South 148th St. | | | Omaha | NE | 68144 | |
| Fabian Bautista | | Address on File | | | | | | |
| Fiber Broadband Association | | PO Box 1300 | | | Spokane | WA | 99210 | |
| Fiberlocator | | 100 Winners Circle, Ste. 300 | | | Brentwood | TN | 32027 | |
| First Legal Discovery | Attn: Juliette Ely | PO Box 745087 | | | Los Angeles | CA | 90074-5087 | |
| First Light | | 41 State St. Ste. 10 | | | Albany | NY | 12207 | |
| FirstLight Fiber, Inc. | | 41 State Street | | | Albany | NY | 12207 | |
| Fiscalnote Inc | | 1201 Pennsylvania Ave NW, 6th Fl. | | | Washington | DE | 20004 | |
| Florida Department of Revenue | c/o Corporate Income Tax Section | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0135 | |
| Generate East Hartford Fiber Member, LLC | c/o Slarskey LLC | Attn Renee Bea, Richard Weingarten, Keith Dore, & Elena Roberts | 767 Third Avenue, 14th Floor | | New York | NY | 10017 | |
| Generate Saratoga Springs Fiber Member, LLC | c/o Slarskey LLC | Attn Renee Bea, Richard Weingarten, Keith Dore, & Elena Roberts | 767 Third Avenue, 14th Floor | | New York | NY | 10017 | |
| Geoffrey Keyser | | Address on File | | | | | | |
| Georgia Department of Revenue | c/o Corporate Income Tax Division | PO Box 740397 | | | Atlanta | GA | 30374-0397 | |
| Georgia Department of Revenue | c/o Sales & Use Tax Division | PO Box 105296 | | | Atlanta | GA | 30348 | |
| Glaser Weil | Attn: Cora Cantanes | 10250 Constellation Blvd., 19th Fl. | | | Los Angeles | CA | 90067 | |
| Harris Beach | | The Omni 333 Earle Ovington Bvld, Ste. 901 | | | Uniondale | NY | 11553 | |
| Harrison Edwards Inc | | 80 Business Park Drive, Ste. 303 | | | Armonk | NY | 10504 | |
| HCR Law | | 105 High St. | | | Worcester | | | United Kingdom |
| Heather Whitehead | | Address on File | | | | | | |

 STRETTO

**Creditor Matrix (Redacted)**
as of June 5, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HSBC Bank USA N.A. | | 66 Hudson Blvd E | Hudson Yards Wealth Center | | New York | NY | 10001 | |
| Ibridge Cloud Technoligies Inc | Attn: Allen McKibben | 2851 Gold Tailings Court, Ste. B | | | Rancho Cordova | CA | 95670 | |
| Illinois Department of Revenue | c/o Business Income Tax Section | PO Box 19008 | | | Springfield | IL | 62794-9008 | |
| Illinois Department of Revenue | c/o Retailers Occupation Tax Section | PO Box 19013 | | | Springfield | IL | 62794-9013 | |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 | |
| Impellam Group | | 3475 Lenox Road NE, Ste. 450 | | | Atlanta | GA | 30326 | |
| In Spite Telecom LLC | | 64 Mallard Drive | | | Alton | NH | 03809 | |
| Innovative Driven | Attn: Kirsten Thompson | PO Box 780154 | | | Philadelphia | PA | 19178-0154 | |
| Internal Revenue Service | Attn Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Izzys Taco House | | 43061 N Sierra Highway | | | Lancaster | CA | 93534 | |
| Jacob Howard | | Address on File | | | | | | |
| Jams Inc | | PO Box 845402 | | | Los Angeles | CA | 90084 | |
| Jason Burton | | Address on File | | | | | | |
| Jean Miller | | Address on File | | | | | | |
| Jess Brant | | Address on File | | | | | | |
| Jesse Moreno-Fields | | Address on File | | | | | | |
| Jessica Lee | | Address on File | | | | | | |
| Jinu Thomas | | Address on File | | | | | | |
| John Marchuk | | Address on File | | | | | | |
| John OBrien | | Address on File | | | | | | |
| Jon Vince | | Address on File | | | | | | |
| Jordan Harris | | Address on File | | | | | | |
| Kabealo PLLC | | 1629 K St NW, Ste. 300 | | | Washington | DC | 20006 | |
| Kate Talbot | | Address on File | | | | | | |
| Kcp Advisory Group LLC | | 700 Technology Park Drive, Ste. 212 | | | Billerica | MA | 01821 | |
| Kellen Wolff | | Address on File | | | | | | |
| Kendra Marie Odom | | Address on File | | | | | | |
| Kmc Solutions Usa LLC | | 848 N Rainbow Blvd | | | Las Vegas | NV | 89107 | |
| KMC Solutions USA, LLC | Attn Thomas Cragg | 25th Floor, Picadilly Star Building | 4th Avenue corner 27th Street | Bonifacio Global City | Taguig City | | | Phillipines |
| KMC Solutions USA, LLC | Attn Thomas Cragg | 848 N. Rainbow Blvd. | | | Las Vegas | NV | 89107 | |
| La Creative | | 20541 Yate Cir | | | Riverside | CA | 92508 | |
| Lashea Moses | | Address on File | | | | | | |
| Lat Long Infrastructure LLC | | 9901 Brodie Lane, St. 160 # 1026 | | | Austin | TX | 78748 | |
| Latham & Watkins LLP | | 650 Town Center Drive, 20th Fl. | | | Costa Mesa | CA | 92626-1925 | |
| Law Office Of Kristopher E Twomey Pc | | 1725 I St. NW, Ste. 300 | | | Washington | DC | 20006 | |
| Leon Williams | | Address on File | | | | | | |
| Lerch Early Brewer | | 7600 Wisconsin Ave., Ste. 700 | | | Bethesda | MD | 20814 | |
| Lighthouse Consulting LLC | | 2 Cambridge Ct | | | Fairhope | AL | 36532 | |
| Lightpath | | 100 Quannapowitt Pkwy | | | Wakefield | MA | 01880 | |
| Lisa Stewart | | Address on File | | | | | | |
| Litera | | 550 West Jackson Blvd., Ste. 200 Chicago | | | Chicage | IL | 60661 | |
| Littler Mendelson P.C | | 1 International Pl 2700 | | | Boston | MA | 02110 | |
| Local Linx Ma Inc | | PO Box 470843 | | | Broadview Heights | OH | 44147 | |
| Local Linx MA, Inc. | | 300 Baker Avenue, Suite 300 | | | Concord | MA | 01742 | |
| Lorena Maae | | Address on File | | | | | | |
| Lumen | | 1025 Eldorado Blvd | | | Broomfield | CO | 80021 | |
| Lumen | | 931 14th St., #900 | | | Denver | CO | 80202 | |
| Maker Mckenzi | | 300 E Randolph Ste, 5000 | | | Chicago | IL | 60601 | |
| Marcus Bowman | | Address on File | | | | | | |
| Markley Lowell LLC | | 1 Summer St. 5th Fl. | Lowell Data Center | | Boston | MA | 02110 | |
| Markley Lowell, LLC | c/o Corporation Service Company | 251 Little Falls Drive | | | Wilmington | DE | 19808 | |
| Markley, LLC | c/o Corporation Service Company | 251 Little Falls Drive | | | Wilmington | DE | 19808 | |
| Maryland Comptroller's Office | c/o Revenue Administration Division & Sales and Use Tax Division | PO Box 17405 | | | Baltimore | MD | 21297-1405 | |
| Massachusetts Department of Revenue | | PO Box 7005 | | | Boston | MA | 02204 | |
| Massachusetts Department of Revenue | | PO Box 7010 | | | Boston | MA | 02204 | |
| McGriff | | 550 S Caldwell | Suite 1500 | | Charlotte | NC | 28202 | |
| McGriff | | PO Box 890635 | | | Charlotte | NC | 28289-0635 | |
| Meghna Tony | | Address on File | | | | | | |
| Melissa Data Corp. | | 22382 Avenida Empresa | | | Rancho Santa Margarita | CA | 92688-2112 | |
| Mesa AZ | | 55 North Center St. | | | Mesa | AZ | 85201 | |
| Michael Serrano | | Address on File | | | | | | |
| Michigan Department of Treasury | c/o Business Income Tax Section | PO Box 30774 | | | Lansing | MI | 48909-8274 | |
| Michigan Department of Treasury | c/o Sales, Use and Withholding Taxes Division | PO Box 30427 | | | Lansing | MI | 48909 | |
| Michigan Office of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 | |
| Moraine & Associates PLLC | | 1560 East Southlake Blvd., Ste. 100 Southlake | | | Southlake | TX | 76092 | |
| Morgan, Lewis & Bockius LLP | | 1111 Pennsylvania Ave. NW Washington | | | Washington | DC | 20004 | |
| Motive Workforce Solutions | | 17260 Newhope St. | | | Fountain Valley | CA | 92708 | |
| Nancy Tubens | | Address on File | | | | | | |



**Creditor Matrix (Redacted)**
as of June 5, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| National Association Of Attorneys General | | Attn Karen Cordy | | | | | | |
| Native Teams Ltd | | Level 39 One Canada Square | | | London | | E14 5AB | United Kingdom |
| Net PMD Solutions LLC | | 308 W Kingbird Dr | | | Chandler | AZ | 85286 | |
| Netpmd LLC | | 251 Little Falls Dr. | | | Wilmington | DE | 19808 | |
| New Jersey Division of Taxation | c/o Corporation Business Tax Section | PO Box 666 | | | Trenton | NJ | 08646-0666 | |
| New Jersey Division of Taxation | c/o Sales Tax Section | PO Box 999 | | | Trenton | NJ | 08646-0999 | |
| New York State Department of Taxation and Finance | c/o Corporate Income Tax Section | W A Harriman Campus | | | Albany | NY | 12227 | |
| Nicholas Urban | | Address on File | | | | | | |
| Nokia Of America Corp. | | 600 Mountain Ave | | | Murray Hill | NJ | 07974-0636 | |
| North Carolina Department of Revenue | c/o Corporate Income and Franchise Tax Division & Sales Tax Division | PO Box 25000 | | | Raleigh | NC | 27640-0640 | |
| Office Of The United States Attorney | | District F Delaware Hercules Building | 1313 N, Market St., St. 400 | | Wilmington | DE | 19801 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| Office of the United States Trustee | Attn Jon Lipshie | 844 King Street | Suite 2207 | | Wilmington | DE | 19801 | |
| Office Of The United States Trustee For Delaware | | Dept. Of Justice | Attn John W. Lipshie, Trial Attorney | | | | | |
| One Neck It Solutions LLC | | PO Box 857950 | | | Minneapolis | MN | 55485-7950 | |
| Orrick, Herrington & Sutcliffe LLP | | 2121 Main St. | | | Wheeling | WV | 26003 | |
| Paul Plevin Quarles | | 101 West Broadway, Ninth Fl. | | | San Diego | CA | 92101 | |
| Payne & Jones | | 11000 King St. | | | Overland Pak | KS | 66210 | |
| Pennsylvania Department of Revenue | c/o Bureau of Business Trust Fund Taxes | PO Box 280909 | | | Harrisburg | PA | 17128-0909 | |
| Pennsylvania Department of Revenue | c/o Bureau of Corporation Taxes | PO Box 280705 | | | Harrisburg | PA | 17128-0705 | |
| Peter Arredondo | | Address on File | | | | | | |
| Peter Neda | | Address on File | | | | | | |
| Peter Neda | | Address on File | | | | | | |
| Pioneer Production Services LLC | | 1615 S Congress Ave, Ste. 103 | | | Delray Beach | FL | 33445 | |
| Pivotal Policy Consulting | | 340 East Palm Lane, Ste. 330 | | | Phoenix | AZ | 85004 | |
| Pramira Inc | | 2552 Walnut Ave, Ste 200 | | | Tustin | CA | 92780 | |
| Preisely Software Nc | Attn: Sahil Arora | 1700 District Ave., Ste. 300 | | | Burlington | MA | 01803 | |
| Process Server One | | 555 Anton Blvd, Ste 150 | | | Costa Mesa | CA | 92626 | |
| Procopio, Cory, Hargreaves & Savitch LLP | | 525 B St., Ste. 2200 | | | San Diego | CA | 92101 | |
| Public Service Commission Of Wisconsin | | PO Box 93283 | | | Milwaukee | WI | 53293-8283 | |
| Ralph Ferdinand | | Address on File | | | | | | |
| Raul Cudal | | Address on File | | | | | | |
| Regine Le | | Address on File | | | | | | |
| Regus Management Group LLC | | 15305 Dallas Pkwy Fl 12 | | | Addison | TX | 75001 | |
| Richmond Telephone Company | | 1416 State Road | | | Richmond | MA | 01254 | |
| Robert Heaps (Robbie) | | Address on File | | | | | | |
| Robert Kirk Hydinger | | Address on File | | | | | | |
| Robert Loiseau | | Address on File | | | | | | |
| Ronald Macek | | Address on File | | | | | | |
| Rubin Bryant | | Address on File | | | | | | |
| Salesforce.Com Inc | | Salesforce Tower | 415 Mission St., 3rd FL. | | San Francisco | CA | 94105 | |
| Samia Islam | | Address on File | | | | | | |
| Sara Pickstock | | Address on File | | | | | | |
| SCIF US Holdco 1, LLC | | 251 Little Falls Drive | | | Wilmington | DE | 19808 | |
| Scott Bradshaw | | Address on File | | | | | | |
| Scott Kamali | | Address on File | | | | | | |
| Scottsdale Indemnity Company | | 1 Nationwide Blvd | Frap Solutions | | Columbus | OH | 43215 | |
| Securities & Exchange Commission (SEC) | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission (SEC) | | 100 Pearl St, Suite 20-100 | | | New York | NY | 10004-2616 | |
| Sentinel 68 | | First FL. St Johns House | 16 Church St. | | Bromsgrove | | B61 8DN | United Kingdom |
| Seyfarth Shaw (UK) LLP | Attn: Nicholas Wood | Citypoint One Ropemaker St. | | | London | | EC2Y 9AW | United Kingdom |
| Shawn Parker | | Address on File | | | | | | |
| Sheraton Park Hotel | | 1855 S Harbor Blvd | | | Anaheim | CA | 92802 | |
| Sherwood Partners Inc | | 3945 Freedom Circle, Ste. 560 | | | Santa Clara | CA | 95054 | |
| Sifi Networks America Ltd | | Hollis House Maesbury Road Oswestry | | | Shropshire | | SY10 8NR | United Kingdom |
| Simpson Gumpertz & Heger | | 480 Totten Pond Road | | | Waltham | MA | 02451 | |
| Smart Compliance Inc | | PO Box 711 Bryan | | | Bryan | TX | 77806-0711 | |
| Smartsheet Inc | | 500 108th Ave NE, Ste. 200 | | | Bellevue | WA | 98004 | |
| South Carolina Department of Revenue | c/o Corporate Income Tax Section & Sales Tax Section | PO Box 125 | | | Columbia | SC | 29214-0006 | |
| Specialist Network Operations LTD | Attn: Paula Jones | Hollis House Maesbury Road | | | Oswestry | Shropshire | SY10 8NR | United Kingdom |
| Specialist Network Operations Ltd | c/o ROK Technologies | 1501 Belle Isle Ave. | Ste 110, PMB 1047 | | Mount Pleasant | SC | 29464 | |
| State Of California Attorney General | Attn Rob Bonta | 1300 I St. | | | Sacramento | CA | 95814-2919 | |
| State Of Delaware Attorney General | Attn Kathy Jennings | Carvel State Building | 820 N. Frech St. | | Wilmington | DE | 19801 | |
| State Of Illinois Attorney General | Attn Kwame Raoul | 100 W. Randolph St. | | | Chicago | IL | 60601 | |



**Creditor Matrix (Redacted)**
as of June 5, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| State Of Illinois Attorney General | Attn Kwame Raoul | 115 S. Lasalle St. | | | Chicago | IL | 60603 | |
| State Of Michigan | | Dept. Of Licensing & Regulatory Affairs Revenue Services | PO Box 30015 | | Lansing | MI | 48909 | |
| State Of Michigan Attorney General | Attn Dana Nessel | G. Mennen Williams Bldg | 525 W. Ottawa St, PO Box 30212 | | Lansing | MI | 48909 | |
| State Of New York Attorney General | Attn Letitia A. James | Dept. Of Law | The Capital, 2Nd FL. | | Albany | NY | 12224-0341 | |
| State Of North Carolina Attorney General | | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| State Of North Carolina Attorney General | Attn Josh Stein | PO Box 629 | | | Raleigh | NC | 27602-0629 | |
| State Of Pennsylvania Attorney General | Attn Michelle Henry | Strawberry Square | | | Harrisburg | PA | 17120 | |
| State Of Utah Attorney General | Attn Sean D. Reyes | 350 N. State St. | Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| State Of Utah Attorney General | Attn Sean D. Reyes | PO Box Box 142320 | | | Salt Lake City | UT | 84114-2320 | |
| State Of Virginia Attorney General | Attn Jason Miyares | 202 N Ninth St. | | | Richmond | VA | 23219 | |
| State Of Wisconsin Attorney General | Attn Josh Kaul | Dept. Of Justice 17 | PO Box 7857 | | Madison | WI | 53703-7857 | |
| Susanne Hutchinson | | Address on File | | | | | | |
| Tashuana Pierce (Shauny) | | Address on File | | | | | | |
| Techconnect LLC | | 315 Sigma Drive | | | Summerville | SC | 29486 | |
| Texas Comptroller of Public Accounts | | PO Box 149348 | | | Austin | TX | 78714-9348 | |
| Texas Comptroller of Public Accounts | c/o Sales Tax Division | PO Box 149354 | | | Austin | TX | 78714-9354 | |
| The Cincinnati Insurance Company | | 6200 S. Gilmore Road | | | Fairfield | OH | 45014-5141 | |
| The City Of Kenosha | | 625 52nd St., Room 208 | | | Kenosha | WI | 53140-3480 | |
| The Continental Insurance Company | | 151 N. Franklin Street | | | Chicago | IL | 60606 | |
| Tierpoint LLC | | 12444 Powerscourt Dr, Ste 450 | | | St Louis | MO | 63131 | |
| Tim Gibson | | Address on File | | | | | | |
| Tom Wingert | | Address on File | | | | | | |
| Total Telecom | | Terrapinn Holdings Ltd Wren House | 43 Hatton Garden | | London | | EC1N 8EL | United Kingdom |
| Transparency HOA | | 428 Alice St | | | Oakland | CA | 94607 | |
| Travelers | | PO Box 660317 | | | Dallas | TX | 75266-0317 | |
| Travelers Casualty & Surety Company of America | | One Tower Square | | | Hartford | CT | 06183 | |
| Travis Nelson | | Address on File | | | | | | |
| Troncoso Koos Enterprises | Attn: John Koos | 1509 Allyson Court | | | Brea | CA | 92821 | |
| TSKD LLC | | PO Box 1985 | | | Sierra Vista | AZ | 85636 | |
| TSR Solutions Inc | | W67N250 Evergreen Blvd, Ste. 100 | | | Cedarburg | WI | 53012 | |
| United States Trustee For The District Of Delaware | Attn Malcolm M. Bates | J. Caleb Boggs Federal Building | 844 King St., Suite 2207 | | Wilmington | DE | 19801 | |
| Uniti (f/k/a Windstream) | Attn Legal Dept. | 4001 North Rodney Parham | Mailstop B1F03-71A | | Little Rock | AR | 72212 | |
| UPS | | PO Box 650116 | | | Dallas | TX | 75265-0116 | |
| US Signal (f/k/a OneNeck) | Attn Legal Dept. | 525 Junction Road | | | Madison | WI | 53717 | |
| US Signal Company LLC | | PO Box 675563 | | | Detroit | MI | 48267-5563 | |
| Utah State Tax Commission | c/o Corporate Income Tax Section & Sales Tax Division | 210 N 1950 W | | | Salt Lake City | UT | 84134 | |
| Weirich Dispute Resolution | | 2802 Payton Oaks Drive NE | | | Atlanta | GA | 30345 | |
| Wework | | 222 Pacific Coast Highway | | | El Segundo | CA | 90245 | |
| Willis Towers Watson | | Willis Of Illinois Inc | 35371 Network Place | | Chicago | IL | 60673-1353 | |
| Wilson Sonsini Goodrich & Rosati | | 650 Page Mill Road | | | Palo Alto | CA | 94304-1050 | |
| Windstream KDL IN | | 4001 N Rodney Parham | | | Little Rock | AR | 72212 | |
| Wisconsin Department of Revenue | | PO Box 8908 | | | Madison | WI | 53708-8908 | |
| Wisconsin Department of Revenue | c/o Sales and Use Tax Division | PO Box 8949 | | | Madison | WI | 53708-8949 | |
| Wyse Advisors LLC | | 671 Headquarters Plaza | West Tower 6Th FL. | | Morristown | NJ | 07960 | |
| Zabetta Furlough | | Address on File | | | | | | |
| Zayo 039440 | | 1821 30Th St. - Unit A | | | Boulder | CO | 80301 | |
| Zayo 041316 | Attn: Marie Alexander | 1821 30Th St. - Unit A | | | Boulder | CO | 80301 | |
| Zayo Group | Attn General Counsel, Legal | 1821 30Th St., Unit A | | | Boulder | CO | 80301 | |
| Zurich American Insurance Company | | 1299 Zurich Way | | | Schaumburg | IL | 60196-1056 | |