**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SiFi Networks America, LLC, | Case No. 26-10912 (BLS) |
| Debtor.[1] | **Re: Docket No. 13** |

**CERTIFICATION OF COUNSEL**
**REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER**
**(I) APPROVING THE BIDDING PROCEDURES, (II) SCHEDULING CERTAIN**
**DATES AND DEADLINES WITH RESPECT THERETO, (III) APPROVING**
**THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING THE**
**STALKING HORSE AGREEMENT, (V) APPROVING THE PROCEDURES FOR**
**THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES, (VI) APPROVING THE SALE OF SUBSTANTIALLY**
**ALL OF THE DEBTOR'S ASSETS, (VII) AUTHORIZING THE DEBTOR'S**
**ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES, AND (VIII) GRANTING RELATED RELIEF**

The undersigned counsel to SiFi Networks America, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby certifies as follows:

1. On June 5, 2026, the *Debtor's Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Approving the Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Approving the Sale of Substantially All of the Debtor's Assets, (VII) Authorizing the Debtor's Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (VIII) Granting Related Relief* [Docket No. 13] (the "Motion") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached

---

[1] The Debtor in this chapter 11 case and the last four digits of its federal tax identification number are SiFi Networks America, LLC (7990). The Debtor's service address in this chapter 11 case is 103 Foulk Road, Suite 500, Wilmington, DE 19803.

thereto as Exhibit A was a proposed form of order granting the relief requested in the Motion (the "Proposed Order"), including a stalking horse agreement (the "Stalking Horse Agreement").

2. Pursuant to the *Notice of Debtor's Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Approving the Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Approving the Sale of Substantially All of the Debtor's Assets, (VII) Authorizing the Debtor's Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (VIII) Granting Related Relief* [Docket No. 59], a hearing was set to be held on July 1, 2026, at 2:00 p.m. (prevailing Eastern Time) and any objections or responses to entry of the Proposed Order were to be filed and served on the undersigned proposed counsel by June 24, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), except for the United States Trustee for the District of Delaware (the "U.S. Trustee"), whose deadline was extended to July 1, 2026, and the Official Committee of Unsecured Creditors (the "Committee"), whose deadline was extended to July 7, 2026.

3. Prior to the Committee and U.S. Trustee's extended Objection Deadline, the Debtor received informal comments to the Proposed Order from the Committee and U.S. Trustee, and the parties agreed to adjourn the hearing to consider approval of the Proposed Order until July 8, 2026 (the "Bid Procedures Hearing")

4. Prior to the Bid Procedures Hearing, the Debtor filed the *Notice of Filing Revised Order Regarding Debtor's Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Approving the*

*Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Approving the Sale of Substantially All of the Debtor's Assets, (VII) Authorizing the Debtor's Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (VIII) Granting Related Relief* [Docket No. 133] with the Court.  Attached thereto as <u>Exhibit 1</u> was revised Proposed Order granting the relief requested in the Motion (the "<u>Revised Proposed Order</u>").

5.      At the Bid Procedures Hearing, the Court approved entry of the Revised Proposed Order, subject to the Debtor, Committee, and Arclink Fiber LLC ("<u>ArcLink</u>"), finalizing and terms of the Revised Proposed Order and a revised Stalking Horse Agreement (the "<u>Revised Stalking Horse Agreement</u>").

6.      Attached hereto as **<u>Exhibit 1</u>** is a further Revised Proposed Order (the "<u>Further Revised Proposed Order</u>"), including the Revised Stalking Horse Agreement, which incorporates the comments from the Committee and Arclink.

7.      Attached hereto as **<u>Exhibit 2</u>** is a redline of the Further Revised Proposed Order marked against the Revised Proposed Order, including a redline of the Revised Stalking Horse Agreement marked against the Stalking Horse Agreement.

8.      The Committee, ArkLink, and the U.S. Trustee do not object to entry of the Further Revised Proposed Order.

WHEREFORE, the Debtor respectfully requests that the Court enter the Further Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated:  July 9, 2026
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
mfitzpatrick@coleschotz.com

-and-

Daniel F.X. Geoghan (admitted *pro hac vice*)
Jacob S. Frumkin (admitted *pro hac vice*)
Mark Tsukerman (admitted *pro hac vice*)
Tejal R. Majethia (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
dgeoghan@coleschotz.com
jfrumkin@coleschotz.com
mstukerman@coleschotz.com
tmajethia@coleschotz.com

*Counsel for Debtor and*
*Debtor in Possession*

4