IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SiFi Networks America, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-10912 (BLS) |

## NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") on June 5, 2026 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2026, the Debtor filed *Debtor's Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Approving the Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Approving the Sale of Substantially All of the Debtor's Assets, (VII) Authorizing the Debtor's Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (VIII) Granting Related Relief* [Docket No. 13] (the "Motion").[2, 3]

**PLEASE TAKE FURTHER NOTICE** that, on July 8, 2026, the Court approved an order (the "Bidding Procedures Order") granting certain of the relief sought in the Motion, including, among other things, (i) authorizing and approving sale and bidding procedures (the "Bidding Procedures"), (ii) scheduling certain dates and deadlines in connection with the Sale, including the Bid Deadline, Auction, Sale Hearing, (iii) approving the form and manner of (1) notice of the Auction and Sale Hearing (the "Sale Notice"), (2) notice of the Assumption Procedures (the "Assumption Notice"), and (3) notice of Successful Bidder and Back-Up Bidder (the "Notice of Successful Bidder"), (iv) approving procedures for assuming and assigning executory contracts and unexpired leases and certain related notices, including notice of proposed cure amounts, (v) approving the terms of the Stalking Horse Agreement, including the bid protections, (vi) and granting related relief approving the terms of the Stalking Horse Agreement, including the bid

---

[1]   The Debtor in this chapter 11 case and the last four digits of its federal tax identification number are SiFi Networks America, LLC (7990).  The Debtor's service address in this chapter 11 case is 103 Foulk Road, Suite 500, Wilmington, DE 19803.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3]   The Stalking Horse Bidder is the Debtor's (i) DIP Lender and (ii) prepetition secured lender.  SiFi Networks America Ltd. ("SNA Ltd") is the parent of the Debtor.  In April 2026, SNA Ltd was acquired by PATRIZIA, a German infrastructure investment manager.  The Stalking Horse Bidder is an affiliate of PATRIZIA.

protections.  All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[4]

## CONTACT PERSON FOR PARTIES INTERESTED IN SUBMITTING A BID

The Bidding Procedures set forth the requirements for becoming a Qualified Bidder and submitting a Qualified Bid.  Any party interested in making an offer to purchase the Assets must comply strictly with the Bidding Procedures.  Only Qualified Bids will be considered by the Debtor, in accordance with the Bidding Procedures.

**Any interested bidder should contact, as soon as possible:**

i.    counsel to the Debtor, Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, DE 19801, Attn: Daniel F.X. Geoghan (dgeoghan@coleschotz.com), Jacob S. Frumkin (jfrumkin@coleschotz.com), and Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com); and

ii.    the Debtor's sales agent, Sherwood Partners, Inc., 3945 Freedom Circle , Suite 520, Santa Clara, CA 95054, Attn: Jarod Wada (jwada@sherwoodpartners.com) and Eric Brown (ebrown@sherwoodpartners.com).

## OBTAINING ADDITIONAL INFORMATION

Copies of the Motion, the Bidding Procedures, and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Debtor's case information website, located at https://cases.stretto.com/SiFiNetworks.

## IMPORTANT DATES AND DEADLINES[5]

| Event or Deadline | Proposed Date and Time (all times in the prevailing Eastern Time) |
| --- | --- |
| Deadline to File and Serve Sale Notice | July 9, 2026 |
| Deadline to Publish Sale Notice | As soon as reasonably practicable following entry of the Final Order |
| Deadline to File and Serve Assumption Notice | July 9, 2026 |
| Contract Objections Deadline | 4:00 p.m. (ET) on the date that is 14 days after the service of the Assumption Notice |

---

[4]    To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

[5]    The following dates and deadlines may be extended by the Debtor or the Court pursuant to the terms of the Bidding Procedures and the Bidding Procedures Order.

| Event or Deadline | Proposed Date and Time (all times in the prevailing Eastern Time) |
|---|---|
| Bid Deadline | July 27, 2026 |
| Notice of Successful Bidder and Cancellation of Auction (if no Auction) | July 28, 2026 |
| Auction (if Qualified Bids received) | July 29, 2026 at 10:00 a.m. (ET) |
| Deadline to File Notice of Successful Bidder and Back-Up Bidder | July 30, 2026 |
| Sale Objection Deadline | July 31, 2026 at 4:00 p.m. (ET) |
| Debtor's Response to Objections, if any | August 4, 2026 at 4:00 p.m. (ET) |
| Sale Hearing | August 6, 2026 at 11:00 a.m. (ET) |

1.      **Bid Deadline**. The deadline to submit a Qualified Bid is **July 27, 2026**.

2.      **Auction**. If one or more Qualified Bids is received by the Bid Deadline, the Debtor will conduct the Auction with respect to the Debtor's Assets.  The Auction will commence on **July 29, 2026, at 10:00 a.m. (prevailing Eastern Time)**, at the offices of Cole Schotz P.C., telephonically, or by video via Zoom, or such later time or other place as the Debtor will timely notify all Qualified Bidders.  The Auction is open to all creditors and the U.S. Trustee to attend.  However, only Qualified Bidders or their representatives and advisors may participate. **All interested or potentially affected parties should carefully review the Bidding Procedures and the Bidding Procedures Order.**

3.      **Objection Deadlines**. The deadline to file an objection to the Sale, including the sale of any Assets free and clear of liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code (a "Sale Objection") is **July 31, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Sale Objection Deadline").  The deadline to file an objection to the potential assumption or assumption and assignment of the Assigned Contracts and Cure Amounts related thereto (a "Contract Objection") (except as otherwise set forth in the Assumption Procedures) is **4:00 p.m. (prevailing Eastern Time)** on the date that is 14 days after the service of the Assumption Notice (the "Contract Objections Deadline").  The deadline to file any Contract Objections solely on the basis of adequate assurance of future performance by a Successful Bidder and/or Back-Up Bidder other than the Stalking Horse Bidder (an "Adequate Assurance Objection") is the Sale Hearing (the "Adequate Assurance Objections Deadline").

4.      **Sale Hearing**.  A hearing (the "Sale Hearing") to consider approval of the proposed Sale **free and clear of all liens, claims, interests and encumbrances** will be held on **August 6, 2026 at 11:00 a.m. (prevailing Eastern Time)** before The Honorable Brendan L. Shannon, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, at District of Delaware, at 824 Market Street North, 6th Floor, Wilmington, Delaware 19801, or at such other place (which may be by video conference) and time as the Debtor shall notify all Qualified Bidders and all other parties entitled to attend the Auction.  The Debtor has the right to adjourn or cancel the Auction at or prior to the Auction.

### FILING OBJECTIONS

Sale Objections, Contract Objections, and Adequate Assurance Objections, if any, must (a) be in writing; (b) state, with specificity, the legal and factual bases thereof; (c) be filed with the Court by no later than the applicable deadlines stated above, as applicable; and (d) served so as to be actually received by: (i) counsel to the Debtor, Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, DE 19801, Attn: Daniel F.X. Geoghan (dgeoghan@coleschotz.com) and Jacob S. Frumkin (jfrumkin@coleschotz.com); (ii) counsel to the Stalking Horse Bidder and DIP Lender, counsel to the DIP Lender and Stalking Horse Bidder, (a) Clifford Chance US LLP, Two Manhattan West, 375 9th Avenue, New York, New York 10001, Attn: David Feldman (David.Feldman@cliffordchance.com) and Matthew L. Hinker (Matthew.Hinker@cliffordchance.com), (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, Attn: Sean M. Beach (sbeach@ycst.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jon Lipshie (Jon.Lipshie@usdoj.gov); and (iv) counsel to the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP (a) 1000 N. West Street, Suite 1200 Wilmington, Delaware 19801, Attn: Christoper Ward (cward@lowenstein.com) and (b) 1251 Avenue of the Americas, New York, NY 10020, Attn: Gianfranco Finizio (gfinizio@lowenstein.com).

### CONSEQUENCES OF FAILING TO TIMELY
### AND PROPERLY ASSERT AN OBJECTION

*Any party who fails to make a timely and proper Sale Objection on or before the Sale and Contract Objections Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Sale Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

*Any party who fails to make a timely and proper Contract Objection on or before the Sale Objection Deadline or the Contract Objections Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Sale Objection or Contract Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

*Any party who fails to make a timely and proper Adequate Assurance Objection on or before the Auction and Adequate Assurance Objections Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Adequate Assurance Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

### NO SUCCESSOR LIABILITY

*The Sale will be free and clear of, among other things, any claim arising from any conduct of the Debtor prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale. Accordingly, as a result of the Sale, the Successful Bidder will not be a successor to the Debtor by reason of any theory of law or equity, and the Successful Bidder will have no liability, except as expressly*

***provided in the Successful Bidder's asset purchase agreement, for any liens, claims, encumbrances and other interests against or in the Debtor under any theory of law, including successor liability theories.***

Dated:  July 9, 2026  
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*  
Patrick J. Reilley (No. 4451)  
Michael E. Fitzpatrick (No. 6797)  
500 Delaware Avenue, Suite 600  
Wilmington, DE 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117  
preilley@coleschotz.com  
mfitzpatrick@coleschotz.com

-and-

Daniel F.X. Geoghan (admitted *pro hac vice*)  
Jacob S. Frumkin (admitted *pro hac vice*)  
Mark Tsukerman (admitted *pro hac vice*)  
Tejal Majethia (admitted *pro hac vice*)  
1325 Avenue of the Americas, 19th Floor  
New York, NY 10019  
Telephone: (212) 752-8000  
Facsimile: (212) 752-8393  
dgeoghan@coleschotz.com  
jfrumkin@coleschotz.com  
mstukerman@coleschotz.com  
tmajethia@coleschotz.com

*Counsel for Debtor and*  
*Debtor in Possession*